# NO. 12-08-00475-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ANDREW DOUGLAS MOSLEY,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant pleaded guilty to aggravated assault with a deadly weapon. Sentence was imposed on November 10, 2008. We have received the trial court's certification showing that Appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his counsel. The clerk's record supports the trial court's certification. *See **Greenwell v. Thirteenth Court of Appeals***, 159 S.W.3d 645, 649 (Tex. Crim. App. 2005); ***Dears v. State***, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005). Accordingly, the appeal is ***dismissed*** for want of jurisdiction.

Opinion delivered December 17, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)